**Order entered July 21, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00501-CV

### DOWNTOWN MCKINNEY PARTNERS, LLC, Appellant

### V.

### INTERMCKINNEY, LLC, Appellee

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-03474-2020**

## ORDER

We **REINSTATE** this appeal which we abated to allow the trial court an opportunity to sign a final judgment. The trial court has signed the judgment, and a supplemental clerk's record containing a copy of the judgment has been filed.

As a final judgment has been signed, it appears we have jurisdiction over the appeal. Accordingly, we **ORDER** appellant to file its brief on the merits no later than August 22, 2022.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE